UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR -1 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 4:16CR147 AGF |
| v. | ) | |
| JEFFREY BREMER, | ) | |
| Defendant. | ) | |

## INFORMATION

### COUNT I

The United States Attorney charges that:

Between July 23, 2013 and November 5, 2013, in the City of St. Louis, the Eastern District of Missouri,

**JEFFREY BREMER,**

the defendant, knowingly and intentionally distributed a mixture and substance containing detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

JENNIFER J. ROY, #47203MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Jennifer J. Roy, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*JENNIFER J. ROY, #47203MO*

Subscribed and sworn to before me this 24th day of March, 2016

*Gregory J. Linhares*
CLERK, U.S. DISTRICT COURT

By: *Jason W Dockery*
DEPUTY CLERK